Alan Stuart Graf, OSB # 92317
peopleslawyer@qwest.net
Kimberly K. Tucker, OSB # 02106
kktpeopleslawyer@qwest.net
Alan Stuart Graf, P.C.
1020 SW Taylor St., Ste. 230
Portland Oregon 97205
Telephone: (503) 452-2375
Fax: (503) 464-9821
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LYUBOV MALOFEY,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security,<br><br>Defendant. | CV 04-676-MO<br><br>ORDER GRANTING<br>STIPULATED EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2823.70 are awarded to Plaintiff's attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C § 2412. There are no costs or expenses. The court directs Defendant to issue a check to Plaintiff's attorneys for the appropriate amount.

DATED this 13 day of October, 2005.

_____
United States District Judge

Presented by:

/s/ Kimberly K. Tucker
Alan Stuart Graf, P.C.
Attorney for Plaintiff